UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| LUIS DAVID FLECHA, JR., | ) |
| Plaintiff, | ) Civil Action No. 5: 24-370-DCR |
| v. | ) |
| FAYETTE COUNTY DETENTION CENTER, et al., | ) **MEMORANDUM ORDER** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Luis Flecha has filed a "Motion for Withdrawal of Complaint." [Record No. 30] The Court construes Flecha's motion as seeking voluntary dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Whether to grant such a motion is within the trial court's discretion. *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994). The Court's purpose in reviewing a request for voluntary dismissal is to protect the nonmovant from unfair treatment. *Id*. A district court abuses its discretion "only where the defendant would suffer plain legal prejudice as a result of a dismissal without prejudice, as opposed to facing the mere prospect of a second lawsuit."

When determining whether a defendant will suffer plain legal prejudice, a district court may consider any pertinent factors, including but not limited to "the defendant's effort and expense of preparation for trial, excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action, insufficient explanation for the need to take a dismissal, and whether a motion for summary judgment has been filed by the defendant." *Walther v. Fla. Tile, Inc.*, 776 F. App'x 310, 315 (6th Cir. 2019). Thus far, Defendants Gregory Scott Colvin and

-1-

Dwayne Preston Tyree have only filed an answer and propounded written discovery requests. [Record Nos. 13, 19 and 20] Given the relatively early stage of this case and limited expenses incurred by the defendants, the Court will grant Flecha's motion to dismiss this action.

Such dismissal is, of course, made "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court previously entered a Memorandum Order dismissing the claims against nearly all the defendants, and most of them with prejudice. [Record No. 8] The Court therefore will enter a judgment effectuating those determinations as set forth in its February 2, 2025, Memorandum Order.

Accordingly, it is hereby **ORDERED** as follows:

1. Flecha's "Motion for Withdrawal of Complaint" [Record No. 30], construed as a motion seeking voluntary dismissal, is **GRANTED**.

2. Flecha's Complaint [Record No. 1] is **DISMISSED**.

3. Flecha's claims against the Fayette County Detention Center, Deputy Director Hector Joyner, Major Jacob Crawford, Sergeant Harvey Liz Shae Cloyd, and Major Adam Moss are **DISMISSED** with prejudice.

4. Flecha's claims pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or 42 U.S.C. § 1983 against Administrative Specialist Larnasia Brown are **DISMISSED** with prejudice. Any claims asserted against Brown under the Kentucky Open Records Act, KRS § 61.870 *et seq*., are **DISMISSED** without prejudice.

5. The claims against Chaplain John Rhodes, Director Gregory Scott Colvin, and Sergeant Dwayne Preston Tyree are **DISMISSED** without prejudice.

6. The Court will enter an appropriate Judgment.

7. This matter is **STRICKEN** from the docket.

Dated: April 15, 2025.

                <u>Danny C. Reeves, District Judge</u>
                United States District Court
                Eastern District of Kentucky